IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA LOU SMITH and JERRY SMITH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HIGHLAND PARK RURITAN CLUB, ) <br> ) <br> Defendant. ) <br> ) | No. 3:06-CV-351 <br> (PHILLIPS/GUYTON) |

## MEMORANDUM AND ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 50] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of the plaintiffs' Motion for Sanctions. [Doc. 49] The plaintiffs move the Court to sanction the defendant for failing to comply with this Court's Order [Doc. 25] dated January 30, 2008, directing the defendant to respond to the plaintiffs' outstanding discovery requests. The defendant has not responded to the plaintiffs' motion and the time for doing so has passed. See L.R. 7.1(a), 7.2. In light of the defendant's apparent failure to comply with an Order of this Court, defendant Highland Park Ruritan Club is **DIRECTED** to appear before the undersigned on **April 14, 2008, at 10:00 a.m.** to show cause why it should not be sanctioned pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure, which provides for sanctions up to and including rendering a default judgment against the disobedient party, for its failure to comply.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge