IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA LOU SMITH and JERRY SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:06-CV-351 |
| ) | (PHILLIPS/GUYTON) |
| HIGHLAND PARK RURITAN CLUB, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This civil action came before the Court on April 14, 2008, pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 50] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of the plaintiffs' Motion For Sanctions. [Docs. 49] Attorney Dan Stanley was present for the plaintiffs, and attorney Timothy Pirtle was present for the defendant. The parties conferred and announced the following agreement: the defendant would produce to the plaintiff the minutes of the meetings of the defendant's Board from the date of the alleged incident to the present, and the Motion For Sanctions was withdrawn. The Court accepts this agreement between the parties and accordingly, the Motion For Sanctions [Doc. 49] is withdrawn, and therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge